ACCEPTED
01-15-00354-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 10:12:39 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00354-CV

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 10:12:39 AM
CHRISTOPHER A. PRINE
~~Clerk~~

**Harris County, Texas,**

*Appellant/Cross-Appellee,*

**and**

**The State of Texas, acting by and through the Texas Commission on Environmental Quality,**

*a Necessary and Indispensable Party,*

**v.**

**International Paper Company,**

*Appellee/Cross-Appellant.*

ON APPEAL FROM HARRIS COUNTY, TEXAS
THE 295TH DISTRICT COURT
NO. 2011-76724

## NOTICE OF APPEARANCE

Winstol D. Carter, Jr.
Texas Bar No. 03932950
Craig A. Stanfield
Texas Bar No. 24051371
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T.  713.890.5000
F.  713.890.5001

Allyson N. Ho
Texas Bar No. 24033667
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
T.  214.466.4000
F.  214.466.4001

*Attorneys for International Paper Company*

## NOTICE OF APPEARANCE

Attorneys Allyson N. Ho, Winstol D. Carter, Jr., and Craig A. Stanfield give notice of their appearances on behalf of International Paper Company. TEX. R. APP. P. 6.2. Additionally, Ms. Ho should be designated as lead counsel for International Paper. TEX. R. APP. P. 6.1.

Date: May 7, 2015

Respectfully submitted,

/s/ *Allyson N. Ho*
Allyson N. Ho
Texas Bar No. 24033667
aho@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
T. 214.466.4000
F. 214.466.4001

/s/ *Winstol D. Carter, Jr.*
Winstol D. Carter, Jr.
Texas Bar No. 03932950
wcarter@morganlewis.com
Craig A. Stanfield
Texas Bar No. 24051371
cstanfield@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T. 713.890.5000
F. 713.890.5001

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on the following parties via e-filing and email in compliance with the requirements of the Texas Rules of Appellate Procedure on May 7, 2015:

| | |
|---|---|
| Rock W.A. Owens<br>OFFICE OF HARRIS COUNTY ATTORNEY<br>1019 Congress, Room 1547<br>Houston, Texas 77002<br>rock.owens@cao.hctx.net<br><br>Debra Tsuchiyama Baker<br>Earnest W. Wotring<br>John Muir<br>David George<br>CONNELLY BAKER WOTRING, LLP<br>600 Travis, Suite 700<br>Houston, Texas 77002<br>dbaker@connellybaker.com<br>ewotring@connellybaker.com<br>jmuir@connellybaker.com<br>dgeorge@connellybaker.com<br><br>***Attorneys for Harris County, Texas*** | Mary E. Smith<br>Anthony W. Benedict<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ENVIRONMENTAL PROTECTION DIVISION<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>mary.smith@texasattorneygeneral.gov<br>anthony.benedict@texasattorneygeneral.gov<br><br>***Attorneys for the State of Texas*** |

/s/ *Allyson N. Ho*
Allyson N. Ho

2